| | | | |
|---|---|---|---|
| In the Interest of: E.A.R. | 1079 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–AP–0000710–<br>2015<br>CP–51–DP–0000887–<br>2012<br>(Philadelphia) |
| Com. v. Clifford | 1346 EDA 2016<br>Affirmed | 11/23/2016 | CP–15–CR–0003562–<br>2011<br>(Chester) |
| Com. v. Moss | 1582 EDA 2016<br>Affirmed | 11/23/2016 | CP–23–CR–0002091–<br>2002<br>(Delaware) |
| Com. v. Bird | 2100 MDA 2013<br>Vacated and<br>Remanded | 11/23/2016 | CP–36–CR–0004371–<br>2012<br>(Lancaster) |
| Com. v. Landing | 2101 MDA 2015<br>Affirmed | 11/23/2016 | CP–36–CR–0000854–<br>2015<br>(Lancaster) |
| Gordon v. Gordon | 2190 MDA 2015<br>Affirmed | 11/23/2016 | 2013–951<br>(Franklin) |
| Com. v. Scales | 62 MDA 2016<br>Affirmed | 11/23/2016 | CP–22–MD–0001720–<br>1985<br>(Dauphin) |
| Com. v. Williams | 249 MDA 2016<br>Affirmed | 11/23/2016 | CP–22–CR–0004623–<br>2010<br>(Dauphin) |
| Gordon v. Gordon | 290 MDA 2016<br>Affirmed | 11/23/2016 | 2013–951<br>(Franklin) |
| Com. v. Alvarez–Diaz | 321 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/23/2016 | CP–06–CR–0005351–<br>2013<br>(Berks) |
| Com. v. Kauffman | 522 MDA 2016<br>Vacated and<br>Remanded | 11/23/2016 | CP–38–CR–0001152–<br>2015<br>(Lebanon) |
| Com. v. Stahley | 632 MDA 2016<br>Affirmed | 11/23/2016 | CP–28–CR–0000910–<br>2004<br>(Franklin) |
| Com. v. McDaniel | 927 WDA 2015<br>Affirmed | 11/23/2016 | CP–02–CR–0009703–<br>2011<br>(Allegheny) |
| Com. v. Dorsey | 1019 WDA 2015<br>Affirmed | 11/23/2016 | CP–02–CR–0004000–<br>2008<br>CP–02–CR–0005905–<br>2006<br>(Allegheny) |
| Com. v. Heller | 2010 WDA 2015<br>Affirmed | 11/23/2016 | CP–02–CR–0007331–<br>2014<br>(Allegheny) |
| Com. v. Herring | 118 WDA 2016<br>Affirmed | 11/23/2016 | CP–63–CR–0002672–<br>2014<br>(Washington) |